**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Elmer Buchta Trucking, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2039591** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **330 Cross Point Blvd.**<br>**Evansville, IN 47715** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Vanderburgh** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Elmer Buchta Trucking, LLC**                                      Case number (*if known*) _____
      Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District _____ | When _____ | Case number _____ |

| Debtor | **Elmer Buchta Trucking, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Elmer Buchta Trucking, LLC**
Name

Case number (*if known*) _____

☐ $50,001 - $100,000    ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **Elmer Buchta Trucking, LLC**                                   Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 8, 2023**
               MM / DD / YYYY

X **/s/ Louis Capolino**                                    **Louis Capolino**
Signature of authorized representative of debtor            Printed name

Title    **President/Manager**

**18. Signature of attorney**

X **/s/ Weston E. Overturf**                    Date  **September 8, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Weston E. Overturf**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone  **317-777-7443**        Email address  _____

**27281-49 IN**
Bar number and State

Debtor  **Elmer Buchta Trucking, LLC**                             Case number (*if known*) _____
_____
Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF INDIANA
_____

Case number (*if known*) _____   Chapter    **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | |
| --- | --- | --- | --- | --- |
| Debtor | **Buchta Leasing, LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known | |
| Debtor | **ElenaRose Capital LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known | |
| Debtor | **Transport Acquisitions LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known | |
| Debtor | **WBF, LLC** | | Relationship to you | |
| District | | When | **9/08/23** | Case number, if known | |



Indiana Secretary of State

| FILE #: | 202212193012288 |
|---------|-----------------|
| DATE FILED: 19 Dec 2022 06:37 PM | |

# UCC FINANCING STATEMENT

## DEBTOR INFORMATION

| ORGANIZATION'S NAME: | Elmer Buchta Trucking LLC | | |
|---|---|---|---|
| MAILING ADDRESS: | 2174 N. State Rd. 257 South | | |
| CITY: | Otwell | POSTAL CODE: | 47564 |
| STATE: | IN | COUNTRY: | USA |

## SECURED PARTY INFORMATION

| ORGANIZATION'S NAME: | KTB Equity, Inc. | | |
|---|---|---|---|
| MAILING ADDRESS: | 420 SE Riverside Drive | | |
| CITY: | Evansville | POSTAL CODE: | 47713 |
| STATE: | IN | COUNTRY: | USA |

## COLLATERAL INFORMATION

### THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

The "Collateral" for purposes of this financing statement, including the following described personal property Debtor now owned or hereafter acquired, (i) all goods, including without limitation, all inventory, supplies, furniture, fixtures, appliances, and equipment; (ii) any and all additions, parts, attachments, accessions, accessories thereto, and equipment now or hereafter The "Collateral" for purposes of this financing statement, including the following described personal property Debtor now owned or hereafter acquired, (i) all goods, including without limitation, all inventory, supplies, furniture, fixtures, and equipment; (ii) any and all additions, parts, attachments, accessions, accessories thereto, and equipment now or hereafter attached or used in connection therewith, together with all proceeds of the foregoing, including without limitation, all checks, cash, drafts, insurance proceeds, accounts receivables, chattel paper, leases and instruments received by Debtor in connection with any sale, lease, exchange, or disposition of any cash, drafts, insurance proceeds, accounts receivables, chattel paper, leases and instruments received by Debtor in connection with any sale, lease, exchange, or disposition of any of the foregoing.

FILE #:          202212193012288
DATE FILED: 19 Dec 2022 06:37 PM

COLLATERAL IS:

☐  HELD IN TRUST
☐  BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

## FILING TYPE

☐  PUBLIC FINANCE TRANSACTION
☐  A DEBTOR IS A TRANSMITTING UTILITY
☐  MANUFACTURED-HOME TRANSACTION
☐  AGRICULTURAL LIEN
☐  NON-UCC FILING

## ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐  LESSEE/LESSOR
☐  CONSIGNEE/CONSIGNOR
☐  SELLER/BUYER
☐  BAILEE/BAILOR
☐  LICENSEE/LICENSOR

## OPTIONAL FILER REFERENCE DATA

90481236

## MISCELLANEOUS

**Fill in this information to identify the case:**

Debtor name __**Elmer Buchta Trucking, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF INDIANA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September  8, 2023__     X */s/ Louis Capolino*
_____
Signature of individual signing on behalf of debtor

**Louis Capolino**
_____
Printed name

**President/Manager**
_____
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF INDIANA**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bally's Evansville 334 North Senate Ave. Indianapolis, IN 46204** | | **Trade debt** | | | | **$15,152.00** |
| **Best One Tire and Service Vincennes 116 W Jackson Monroe, IN 46772** | | **Trade debt** | | | | **$100,886.51** |
| **Buchta Leasing LLC 1980 S 100 W Princeton, IN 47670** | | **Trade debt** | | | | **$684,333.31** |
| **Douglas Prohaski 19826 Fairlawn Ave. Prior Lake, MN 55372** | | **Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** | | | | **$11,538.46** |
| **First Insurance Funding Corp. 450 Skokie Blvd. Suite 1000 Northbrook, IL 60062** | | **Trade debt** | | | | **$207,562.84** |
| **Great American Insurance 36 S Pennsylvania St. Suite 700 Indianapolis, IN 46204** | | **Trade debt** | | | | **$13,505.13** |
| **Heritage Petroleum LLC 221 NW Fifth St Evansville, IN 47708** | | **Trade debt** | | | | **$128,043.53** |
| **Hoosier Bandag 116 W Jackson St. Monroe, IN 46772** | | **Trade debt** | | | | **$24,585.68** |

Debtor **Elmer Buchta Trucking, LLC**                                    Case number *(if known)* _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service 575 N. Pennsylvania Street Stop SB380 Indianapolis, IN 46204 | | Payroll taxes | | | | $35,977.08 |
| Jesse Klem 4186 W Beringer Dr. Jasper, IN 47546 | | Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion | | | | $2,322.69 |
| Matrix Integration 9093 Technology Dr. Suite 102 Fishers, IN 46038 | | Trade debt | | | | $97,677.89 |
| Minnesota Department of Revenue 600 N. Robert St. Saint Paul, MN 55146 | | Employment taxes | | | | $2,318.00 |
| National Interstate Insurance 3250 Interstate Dr. Richfield, OH 44286 | | Trade debt | | | | $750,956.00 |
| Rogers Group Inc. 334 North Senate Ave. Indianapolis, IN 46204 | | Trade debt | | | | $4,925.40 |
| Synenergy Partners 817 West 4th St Mount Vernon, IN 47620 | | Trade debt | | | | $21,757.94 |
| Terminal Properties LLC 420 S.E. Riverside Evansville, IN 47713 | | Trade debt | | | | $11,400.00 |
| Thomas Bennett 1000 Oak Trace Evansville, IN 47725 | | Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion | | | | $15,799.23 |
| UniFirst Corporation 135 North Pennsylvania St. Suite 1610 Indianapolis, IN 46204 | | Trade debt | | | | $2,510.90 |

Debtor  **Elmer Buchta Trucking, LLC**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WBF LLC 420 SE Riverside Evansville, IN 47713** | | **Trade debt** | | | | **$24,935.90** |
| **Yokohama Tire Corporation 334 North Senate Ave. Indianapolis, IN 46204** | | **Trade debt** | | | | **$19,791.67** |

**Fill in this information to identify the case:**

Debtor name    **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................... $       **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................... $     **5,556,104.97**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $     **5,556,104.97**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $     **24,028,158.88**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **159,999.58**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................... +$     **2,114,556.90**

4.  Total liabilities ............................................................................................................................
    Lines 2 + 3a + 3b

    $     **26,302,715.36**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Banterra Bank** | | | **$1,553,425.87** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$1,553,425.87** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **3,528,645.55** | - | **0.00** | = .... | **$3,528,645.55** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Elmer Buchta Trucking, LLC**                    Case number *(If known)* _____
          Name

12.    **Total of Part 3.**                                                              | $3,528,645.55 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Fuel** | | **$200,000.00** | | **$200,000.00** |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                              | $200,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Computers, phones, laptops, printers, software** | $0.00 | | $30,000.00 |
| **Desk, chairs, office furniture and equipment** | $0.00 | | $1,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$31,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **SEE EQUIPMENT LIST ATTACHED** | $20,000.00 | | $22,474.50 |
| 47.2.   **SEE VEHICLE LIST ATTACHED** | $200,000.00 | | $220,559.05 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$243,033.55

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number *(If known)* _____
           Name

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Elmer Buchta Trucking, LLC**_____    Case number *(If known)* _____
    Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,553,425.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,528,645.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $200,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $31,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $243,033.55 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,556,104.97 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,556,104.97 |

### Elmer Buchta Trucking, LLC
### Buchta Leasing, Inc
### Monthly Inventory Totals

**Monthly Inventory:**     **September-23**

| Location | Dept Code | Parts | DEF | Oil | Total | Tires | Grand Total | Tire Allocations | Double Check | Fuel Inventory |
|---|---|---|---|---|---|---|---|---|---|---|
| Otwell | 1 or 5 | $138,692.64 | $1,065.15 | $11,821.47 | $151,579.26 | $14,549.25 | $166,128.51 | | $166,128.51 | |
| Lease | 2 | | | | | | | | | |
| Linton | 9 | $37,465.85 | $1,894.77 | $6,937.10 | $46,297.72 | $16,352.05 | $62,649.77 | | $62,649.77 | |
| Lamar | 10 | $23,323.26 | $1,287.02 | $4,810.31 | $29,420.59 | $10,317.07 | $39,737.66 | | $39,737.66 | N S |
| Cannelburg | 11 | $31,954.05 | $1,840.73 | $11,634.65 | $45,429.43 | $8,567.48 | $53,996.91 | | $53,996.91 | |
| Petersburg | 12 | $54,447.77 | $3,916.85 | $8,530.06 | $66,894.68 | $16,499.25 | $83,393.93 | | $83,393.93 | |
| Chandler | 14 | $51,255.43 | $1,842.95 | $11,564.07 | $64,662.45 | $19,322.25 | $83,984.70 | | $83,984.70 | |
| Belmont | 16 | | $498.15 | $755.04 | $1,253.19 | | $1,253.19 | | $1,253.19 | |
| Princeton | 18 | | | | $0.00 | | $0.00 | | $0.00 | |
| TOTAL: | | $337,139.00 | $12,345.62 | $56,052.70 | $405,537.32 | $85,607.35 | $491,144.67 | $0.00 | $491,144.67 | 0.00 Gallons |

# Elmer Buchta Trucking, LLC
## A/R Aging Summary
### As of June 30, 2023

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| Aces Disposal Services Inc  (A/R) | 44,998.43 | | | | | 44,998.43 |
| AGX | 900.00 | | | | | 900.00 |
| Ally Logistics | | 700.00 | | | | 700.00 |
| AM Transport | 1,300.00 | | | | | 1,300.00 |
| AMCOR | 9,200.00 | | | | | 9,200.00 |
| Amino | 1,000.00 | | | | | 1,000.00 |
| AOK Freight | 600.00 | | | | | 600.00 |
| Arrive | 23,700.00 | 11,950.00 | 1,250.00 | | | 36,900.00 |
| ATN | 1,350.00 | | | | | 1,350.00 |
| ATS | 535.00 | | | | | 535.00 |
| Axle Logistics | 2,050.00 | | | | | 2,050.00 |
| Bay and Bay | | 543.00 | | | | 543.00 |
| Becker Logistics | 750.00 | 800.00 | | | | 1,550.00 |
| Blue Line Logistics | 20,100.00 | 7,000.00 | | | | 27,100.00 |
| BNSF Logistics | 750.00 | | | | | 750.00 |
| BOYD & SONS INC. | 3,481.61 | | | | | 3,481.61 |
| Bridge Logistics, Inc | 1,600.00 | 800.00 | | | | 2,400.00 |
| Buchta Leasing | | | | 105.98 | | 105.98 |
| Buzzi Unicem USA | | | | | 2,623.06 | 2,623.06 |
| Center Point Energy | 247,608.52 | | | | | 247,608.52 |
| Centerpoint Energy // Vectren | 383,478.90 | 142.50 | | | | 383,621.40 |
| CH Robinson | 900.00 | 10,450.00 | 525.00 | | | 11,875.00 |
| Circle Logistics, Inc | 1,800.00 | 1,615.00 | | | | 3,415.00 |
| Coyote | 6,125.00 | 4,700.00 | 1,100.00 | | | 11,925.00 |
| CPPT | 4,700.00 | 1,300.00 | | | | 6,000.00 |
| Crystal Excavating, LLC | 13,058.04 | | | | | 13,058.04 |
| Direct Connect Logistics | 700.00 | | | | | 700.00 |
| DUKE ENERGY INDIANA, INC. | | | | | -3,639.48 | -3,639.48 |

| Name | | | | | |
|---|---|---|---|---|---|
| Duke Energy of Indiana | | | | 299.03 | 299.03 |
| E & B Paving, Inc. | | | | 967.29 | 967.29 |
| Echo Global | | 500.00 | | | 500.00 |
| Encom Polymers | 8,600.00 | 700.00 | | | 9,300.00 |
| Evansville Country Club | 15,000.00 | | | | 15,000.00 |
| Fitzmark Indianapolis | 1,600.00 | 1,400.00 | | | 3,000.00 |
| Four G Polymers | 2,600.00 | | | | 2,600.00 |
| GAF Materials, LLC | | | 814.78 | -884.78 | -70.00 |
| Gibson County Coal, LLC | 26,954.97 | | | | 26,954.97 |
| Gibson County Logistics | | | | 4,494.70 | 4,494.70 |
| Grassmasters Sod Farm | | | | 900.00 | 900.00 |
| Greatwide | | | 1,900.00 | | 1,900.00 |
| Green Opportunities, Inc. | | 1,843.83 | | 39,893.31 | 41,737.14 |
| Hallador Power, LLC | 80,265.31 | 59,557.00 | | | 139,822.31 |
| Harding & Shymanski | | | | 0.00 | 0.00 |
| Hometown LX | 1,750.00 | | | | 1,750.00 |
| Hoosier Ready-Mix | 2,887.76 | | | | 2,887.76 |
| INDIANAPOLIS POWER & LIGHT | 243,974.23 | | | 0.80 | 243,975.03 |
| INDIANAPOLIS POWER (AES) | 125,710.92 | | | | 125,710.92 |
| Integrity Express Logistics | | 1,300.00 | | | 1,300.00 |
| INTERNATIONAL PAPER | 19,420.97 | 13,253.87 | | | 32,674.84 |
| Irving Material Terre Haute | | | | 9,122.37 | 9,122.37 |
| IRVING MATERIALS IMI | | | | 3,880.70 | 3,880.70 |
| JONES & SONS, INC. | 23,722.35 | | -0.01 | | 23,722.34 |
| KBX Logistics | 2,600.00 | | | | 2,600.00 |
| Keraz | | 600.00 | | | 600.00 |
| Legend Directional Services | | | | 1,084.50 | 1,084.50 |
| LeHigh Cement (Do Not Mail) | | | | 58,251.19 | 58,251.19 |
| LeHigh Cement Company LLC | 4,166.45 | -378.63 | -296.31 | 42,136.90 | 45,628.41 |
| Luhu Logistics | 550.00 | | | | 550.00 |
| Mode Trans | 13,075.00 | | | | 13,075.00 |
| MultiSeal | 3,400.00 | | | | 3,400.00 |
| National Freight Logistics | 1,500.00 | | | | 1,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| Nolan Transport | 350.00 | 1,400.00 | | | 1,750.00 |
| Oaktown Fuels | | | | -719.74 | -719.74 |
| Peabody (Wildboar) | 161,003.45 | | | 366.07 | 161,369.52 |
| Peabody Coal | | | | 7,725.81 | 7,725.81 |
| Penske Logistics | 58,402.22 | 92,146.38 | 1,138.12 | | 151,686.72 |
| PERSIMMON RIDGE GREENWERX | 1,333.02 | | | | 1,333.02 |
| PFL Logistics | | 650.00 | | | 650.00 |
| Pike Co Highway | | | | 597.34 | 597.34 |
| Redwood | 550.00 | | | | 550.00 |
| Responsible Energy | 632,695.45 | 135,194.32 | | | 767,889.77 |
| Roar Logistic | 525.00 | | | | 525.00 |
| ROGERS GROUP, INC. | 10,555.47 | -167.56 | 1,971.82 | 2,442.42 | 4,360.87 | 19,163.02 |
| RXO | 1,966.00 | 885.00 | | | 2,851.00 |
| Ryan Transportation | 1,100.00 | | | | 1,100.00 |
| Samsung | 47,946.17 | | | | 47,946.17 |
| Schneider | 2,720.00 | 575.00 | | | 3,295.00 |
| Silgan White Cap | 7,647.78 | 1,319.50 | | | 8,967.28 |
| Sission Steel, Inc. | | | | 575.00 | 575.00 |
| Smyrna Ready Mix | | | | 1,316.95 | 1,316.95 |
| Southern Polymer | 2,666.60 | | | | 2,666.60 |
| Specialties Company | | | | 656.74 | 656.74 |
| Spectrum Logistics - Box Van | | 71,608.84 | | 35,505.84 | | 107,114.68 |
| Spectrum Logistics Inc    AR | 84,343.06 | 3,343.06 | | | 87,686.12 |
| Spot Freight | 1,700.00 | | | | 1,700.00 |
| SUNRISE COAL | | | 19,171.98 | | 19,171.98 |
| Sunrise Coal  (Rock Purchase) | | | 15,600.00 | | -0.02 | 15,599.98 |
| Sunset Transportation | 1,800.00 | | | | 1,800.00 |
| TA Services | 500.00 | | | | 500.00 |
| TLD | | 600.00 | | | 600.00 |
| TQL | 12,750.00 | 3,900.00 | | | 16,650.00 |
| Trihope Inc | 2,400.00 | | | | 2,400.00 |
| Trivalence | 8,400.00 | 4,900.00 | | | 13,300.00 |
| U S GYPSUM COMPANY | 240,039.36 | 46,125.33 | | | -469.41 | 285,695.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **UACL Logistics** | 400.00 | | | | | 400.00 |
| **USG  (Cass)** | | | | | 56,652.97 | 56,652.97 |
| **Vectren DBA Sigeco** | | | | | 0.00 | 0.00 |
| **VoMac** | 5,311.95 | | | | -0.01 | 5,311.94 |
| **Wabash** | 1,200.00 | | | | | 1,200.00 |
| **WBF, LLC  (A/R)** | 23,795.76 | | 13,817.70 | 14,878.23 | 37,320.47 | 89,812.16 |
| **White River Land Corp** | | 2,197.03 | | | | 2,197.03 |
| **Woody Bogler Logistics LLC** | | | | -834.45 | 23.60 | -810.85 |
| **Worldwide Express** | 2,350.00 | | | | | 2,350.00 |
| **Worldwide Logistics** | 3,600.00 | | | | | 3,600.00 |
| **WW Seeds** | 800.00 | | | | | 800.00 |
| **Year End Adjustment** | | | | | 0.00 | 0.00 |
| **Yellow** | 1,250.00 | | | | | 1,250.00 |
| **TOTAL** | $ 2,668,564.75 | $ 483,453.47 | $ 56,474.62 | $ 52,616.48 | $ 267,536.23 | $ 3,528,645.55 |

As of July 18th, the total AR is 2.429m with 1.378m being current and 785K being 1-30

**Fill in this information to identify the case:**

Debtor name  **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF INDIANA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1  KTB Equity inc.**
Creditor's Name

420 SE Riverside Dr.
Evansville, IN 47713
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2022

**Last 4 digits of account number**
9591

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**SEE UCC ATTACHED**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **Unknown**
Column B: **$22,000,000.00**

**2.2  Peapack Captial**
Creditor's Name

278 Green Village Rd.
Morristown, NJ 07960
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2023

**Last 4 digits of account number**
9591

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All Equipment**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$24,028,158.88**
Column B: **$22,000,000.00**

Debtor  **Elmer Buchta Trucking, LLC**                              Case number (*if known*) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $24,028,158.88 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Andrew Turpin**<br>**7005B Heim Rd.**<br>**Chandler, IN 47610** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Anthony Wester**<br>**819 S 5th St.**<br>**Boonville, IN 47601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $855.47 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor   **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,442.31** | **$0.00** |
|---|---|---|---|---|

**Aphrodite Reifsnyder**
**1319 E Franklin St.**
**Evansville, IN 47711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

�too ■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$0.00** |
|---|---|---|---|---|

**Austin Bryant**
**9383 E. Buffalo Trail**
**Odon, IN 47562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$988.57** | **$0.00** |
|---|---|---|---|---|

**Austin Roberts**
**4170 S. Highway 65**
**Owensville, IN 47665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,055.00** | **$0.00** |
|---|---|---|---|---|

**Billy Barre**
**434 W Sylvandell St.**
**Sullivan, IN 47882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.67 | $0.00 |
|---|---|---|---|---|

**Brandon McCutchen**
**6942 S St. Rd. 61**
**Monroe City, IN 47557**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $783.45 | $0.00 |
|---|---|---|---|---|

**Brenda Rickard**
**1371 N St Rd 61**
**Petersburg, IN 47567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $0.00 |
|---|---|---|---|---|

**Brian Bilskie**
**1408 E Sycamore St.**
**Vincennes, IN 47591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,352.88 | $0.00 |
|---|---|---|---|---|

**Chandra Schaeffer**
**11435 Caracaras Ct.**
**Evansville, IN 47725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Elmer Buchta Trucking, LLC**
_____
Name

Case number (*if known*) _____

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,272.84 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

| 2.11 | Priority creditor's name and mailing address<br>**Charles Alvey**<br>**400 Marlene Dr.**<br>**Evansville, IN 47712** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,272.84 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address<br>**Charles Hale**<br>**413 South Chestnut St.**<br>**Huntingburg, IN 47542** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $826.65 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address<br>**Chris Hamilton**<br>**16209 DH Gate Rd**<br>**Loogootee, IN 47553** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,250.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address<br>**Christian Conner**<br>**910 N. Williams St.**<br>**Boonville, IN 47601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $733.60 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                Case number *(if known)* _____
          _____
          Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $0.00 |
|------|---|---|---|---|

**Christopher Mitchell**
**1108 Herrman St.**
**Tell City, IN 47586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.92 | $0.00 |
|------|---|---|---|---|

**Corey Hicks**
**691 S Concord Dr.**
**Princeton, IN 47670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,520.62 | $0.00 |
|------|---|---|---|---|

**Curtis Phillips**
**3535 Trailstone Dr.**
**Evansville, IN 47725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050.00 | $0.00 |
|------|---|---|---|---|

**Daniel Carter**
**1681 E State Road 356**
**Petersburg, IN 47567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor   **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$901.77** | **$0.00** |

2.19 Priority creditor's name and mailing address

**Daniel Scott**
**10900 E Base Rd.**
**Oakland City, IN 47660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$901.77**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.20 Priority creditor's name and mailing address

**David Harner**
**405 E. 5th St.**
**Mount Vernon, IN 47620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.21 Priority creditor's name and mailing address

**Dayton Guinn**
**1305 E. Van Trees St.**
**Washington, IN 47501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.22 Priority creditor's name and mailing address

**Deborah Craig**
**PO Box 53**
**Otwell, IN 47564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$770.00**  **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Elmer Buchta Trucking, LLC**                                         Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $660.49 | $0.00 |
|---|---|---|---|---|

**Denzil Tisdale**
**1005 Spruce St.**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $0.00 |
|---|---|---|---|---|

**Derek Riker**
**1805 McCromick Ave.**
**Washington, IN 47501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Donald Edwards**
**109 WEst Van Trees St.**
**Washington, IN 47501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.00 | $0.00 |
|---|---|---|---|---|

**Donald Gogel**
**6648 S State Rd 162**
**Huntingburg, IN 47542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Elmer Buchta Trucking, LLC**                                    Case number *(if known)*
_____
Name

| | | | |
|---|---|---|---|
| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,538.46** | **$0.00** |

| 2.27 | Priority creditor's name and mailing address<br>**Douglas Prohaski**<br>**19826 Fairlawn Ave.**<br>**Prior Lake, MN 55372** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,538.46** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.28 | Priority creditor's name and mailing address<br>**Dustin Belcher**<br>**9433 E Cty Rd 500 N**<br>**Otwell, IN 47564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,496.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.29 | Priority creditor's name and mailing address<br>**Eric Cannon**<br>**3024 E Co Rd 650 N**<br>**Petersburg, IN 47567** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,071.84** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.30 | Priority creditor's name and mailing address<br>**Gary Foisy**<br>**5772 E 900 N**<br>**Dubois, IN 47527** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,185.00** | **$0.00** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Debtor  **Elmer Buchta Trucking, LLC**                          Case number (if known) _____
        Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$194.40** | **$0.00** |
|---|---|---|---|---|

**Greene County Treasurer**
**1 Main St.**
**Bloomfield, IN 47424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9591**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$0.00** |
|---|---|---|---|---|

**Heath Scraper**
**211 S 16th St.**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Indiana Department of Revenue**
**402 West Washington Street, 5th**
**Floor**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020-persent**

Basis for the claim:
**Withholding and other taxes**

Last 4 digits of account number **9591**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$555.24** | **$555.24** |
|---|---|---|---|---|

**Indiana Department of Workforce**
**Dev.**
**10 N. Senate Ave. SE 202**
**Indianapolis, IN 46204-2270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**

Last 4 digits of account number **9591**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

Debtor    **Elmer Buchta Trucking, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.35 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**575 N. Pennsylvania Street**<br>**Stop SB380**<br>**Indianapolis, IN 46204** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

As of the petition filing date, the claim is: — **$35,977.08** | **$35,977.08**

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Payroll taxes** |
| Last 4 digits of account number **9591**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.36 | Priority creditor's name and mailing address<br>**James Beckett**<br>**1236 N 200 W**<br>**Washington, IN 47501** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$1,350.00** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.37 | Priority creditor's name and mailing address<br>**Jameson Jacques**<br>**2029 Aces Lane**<br>**Evansville, IN 47714** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**$1,097.76** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.38 | Priority creditor's name and mailing address<br>**Jamie Hart**<br>**4001 Old Henderson Rd.**<br>**Evansville, IN 47712** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Unknown** | **$0.00**

| | |
|---|---|
| Date or dates debt was incurred<br>_____ | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Debtor  **Elmer Buchta Trucking, LLC**
_____   Case number (if known) _____
Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,042.75 | $0.00 |

**2.39**

Priority creditor's name and mailing address

**Jason Hobgood**
**11824 Creamery Rd.**
**Evansville, IN 47712**

As of the petition filing date, the claim is:  **$1,042.75**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.40**

Priority creditor's name and mailing address

**Jason Kopp**
**10890 W 150 S**
**Linton, IN 47441**

As of the petition filing date, the claim is:   **$885.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.41**

Priority creditor's name and mailing address

**Jeffrey Heim**
**270 Lee Court**
**Ferdinand, IN 47532**

As of the petition filing date, the claim is:   **$1,237.88**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.42**

Priority creditor's name and mailing address

**Jerry Smith**
**3099 Matthews Lane**
**Boonville, IN 47601**

As of the petition filing date, the claim is:   **$1,647.73**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Elmer Buchta Trucking, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,322.69** | $0.00 |
|---|---|---|---|---|

**Jesse Klem**
**4186 W Beringer Dr.**
**Jasper, IN 47546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | $0.00 |
|---|---|---|---|---|

**Jimmie Drew**
**1672 E Co Rd 475 S**
**Winslow, IN 47598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | $0.00 |
|---|---|---|---|---|

**Jodie Wade**
**1700 Co Rd 50 W**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,130.00** | $0.00 |
|---|---|---|---|---|

**John Miller**
**4500 E SR 68**
**Dale, IN 47523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                          Case number (if known) _____
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,213.77** | **$0.00** |
|---|---|---|---|---|

**John Scales**
**471 S Troll**
**Sullivan, IN 47882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,235.30** | **$0.00** |
|---|---|---|---|---|

**Jon Jones**
**306 E 15th St.**
**Jasper, IN 47546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,053.95** | **$0.00** |
|---|---|---|---|---|

**Jonathon Ricard**
**1236 N 200 W**
**Washington, IN 47501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,234.50** | **$0.00** |
|---|---|---|---|---|

**Judy Wedeking**
**1263 Sherry Dr.**
**Minnesota City, MN 55959**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                    Case number (if known) _____
           _____
           Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.31 | $0.00 |
|------|---|---|---|---|

**Justin Bucheri**
**1414 Clinton Dr.**
**Boonville, IN 47601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,193.28 | $0.00 |
|------|---|---|---|---|

**Kenneth Hall**
**11895 E Lucky Lane**
**Wheatland, IN 47597**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,541.29 | $1,541.29 |
|------|---|---|---|---|

**Kentucky Department of Revenue**
**501 High Street**
**Frankfort, KY 40601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Withholding Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $0.00 |
|------|---|---|---|---|

**Kevin Hornby**
**1139 S County Road 50 W**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                  Case number (*if known*) _____
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,171.44** | **$0.00** |

**Kevin Kern**
**PO Box 2189**
**Evansville, IN 47728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 |

**Kuldip Wadhwan**
**8121 N 1000 W**
**Worthington, IN 47471**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:    **$438.16**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 |

**Kurt Hildebrand**
**719 Alfred St.**
**Oakland City, IN 47660**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:    **$442.08**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 |

**Larry Stahl**
**1455 Phillips Rd.**
**Boonville, IN 47601**

Priority creditor's name and mailing address

As of the petition filing date, the claim is:    **$869.93**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
Name

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

2.59 | Priority creditor's name and mailing address
**Louis Capolino**
**345 Bluewater Court**
**Apollo Beach, FL 33572**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.60 | Priority creditor's name and mailing address
**Marlene Lorey**
**412 W 13th St.**
**Jasper, IN 47546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$706.50**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.61 | Priority creditor's name and mailing address
**Mathaus Dominique**
**802 2nd St.**
**Henderson, KY 42420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,299.90**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.62 | Priority creditor's name and mailing address
**Matthew Kesler**
**508 N Cross St.**
**Bruceville, IN 47516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,365.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Elmer Buchta Trucking, LLC**
Name

Case number (if known) _____

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,846.15 | $0.00 |
|------|-----|-----|-----|-----|

2.63  Priority creditor's name and mailing address

**Matthew Regan**
**3210 Bayard Park Dr.**
**Evansville, IN 47714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,846.15    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.64  Priority creditor's name and mailing address

**Michael Belcher**
**9199 E Co Rd 200 N**
**Otwell, IN 47564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,719.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.65  Priority creditor's name and mailing address

**Michael Calhoun**
**616 S 7th St.**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,969.87    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.66  Priority creditor's name and mailing address

**Michael Cason**
**201 Sheridan Rd.**
**Evansville, IN 47710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,250.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,173.49 | $0.00 |
|---|---|---|---|---|

**Michael Daugherty**
**6100 Dana Dr.**
**Evansville, IN 47720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.00 | $0.00 |
|---|---|---|---|---|

**Michael Hedinger**
**404 W 13th St**
**Jasper, IN 47546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.23 | $0.00 |
|---|---|---|---|---|

**Michele Hicks**
**1542 E SR 64**
**Princeton, IN 47670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,318.00 | $2,318.00 |
|---|---|---|---|---|

**Minnesota Department of Revenue**
**600 N. Robert St.**
**Saint Paul, MN 55146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.71** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$274.00** | **$274.00**

**Minnesota Department of
Workforce Develo
332 Minnesota St.
Suite E200
Saint Paul, MN 55101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unemployment**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.72** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,210.00** | **$0.00**

**Nancy Hurt
5945 E 390 N
Francisco, IN 47649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period
Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.73** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00**

**Nathaniel Lewis
213 Sundale Trailer Ct.
Washington, IN 47501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period
Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.74** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$777.13** | **$0.00**

**Nekenson Jeune
5045 E. Riverside Dr.
Evansville, IN 47715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period
Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Elmer Buchta Trucking, LLC**                                Case number (if known) _____

Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,419.60** | **$0.00** |
|---|---|---|---|---|

**Patricia Confer**
**107 East Buchanan St.**
**Monroe City, IN 47557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,182.69** | **$0.00** |
|---|---|---|---|---|

**Patsy Powell**
**907 Reyling Dr.**
**Jasper, IN 47546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$799.21** | **$0.00** |
|---|---|---|---|---|

**Peggie Wood**
**650 N 275 E**
**Princeton, IN 47670**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,070.30** | **$1,070.30** |
|---|---|---|---|---|

**Pike County Treasurer**
**801 E Main St**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**    Case number (if known) _____
_____
Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,525.85 | $0.00 |
|---|---|---|---|---|

**Quentin Drew**
**PO Box 154**
**Francisco, IN 47649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,075.48 | $0.00 |
|---|---|---|---|---|

**Randy Hobby**
**781 S Melchior Dr. W**
**Santa Claus, IN 47579**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.23 | $0.00 |
|---|---|---|---|---|

**Richard Barron**
**4511 Huntington Pl.**
**Evansville, IN 47725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,187.45 | $0.00 |
|---|---|---|---|---|

**Richard Carter**
**414 North 4th St.**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor   **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
         Name

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,346.15** | **$0.00** |

**Robert Redman**
**111 N 5th Ave**
**Princeton, IN 47670**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,558.89** | **$0.00** |

**Robert Robb**
**1812 E Morgan Ave.**
**Evansville, IN 47711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$619.67** | **$0.00** |

**Robert Robling**
**PO Box 35**
**Otwell, IN 47564**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,400.00** | **$0.00** |

**Roger Bryant**
**9383 E Buffalo Trail**
**Odon, IN 47562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number (if known) _____
_____
        Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,403.17** | **$0.00** |
|---|---|---|---|---|
| | **Scott VanPelt**<br>**619 W 8th St.**<br>**Jasper, IN 47546** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$125.00** | **$0.00** |
|---|---|---|---|---|
| | **Steven Butcher**<br>**307 East 1st St.**<br>**Huntingburg, IN 47542** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$945.00** | **$0.00** |
|---|---|---|---|---|
| | **Steven Hagan**<br>**8433 N Co Rd 475 E**<br>**Grandview, IN 47615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **Stewart Young**<br>**794 Kennedy Dr.**<br>**Bloomfield, IN 47424** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only - Will Be Paid, for the Pay Period**<br>**Prior to Filing, According to the Wage Motion** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Debtor **Elmer Buchta Trucking, LLC**                    Case number (if known) _____

Name

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$751.03** | **$0.00** |
|------|----------------------------------------------|------------------------------------------------|--------------|------------|

**Terry Arnett**
**701 E Dorothy St.**
**Sullivan, IN 47882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,799.23** | **$0.00** |
|------|----------------------------------------------|------------------------------------------------|-----------------|------------|

**Thomas Bennett**
**1000 Oak Trace**
**Evansville, IN 47725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,400.00** | **$0.00** |
|------|----------------------------------------------|------------------------------------------------|----------------|------------|

**Timmy Griffith**
**PO Box 23**
**Winslow, IN 47598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$0.00** |
|------|----------------------------------------------|------------------------------------------------|----------------|------------|

**Tina Meyers**
**3834 Brentwood Blvd. Apt 2**
**Owensboro, KY 42301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**
_____    Case number (_if known_) _____
Name

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$460.00** | **$0.00** |

**Tony Rostron**
**3081 N Co Rd 850 W**
**Hazleton, IN 47640**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$900.00** | **$0.00** |

**Troy Loveall**
**2605 Brosmer St.**
**Jasper, IN 47546**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,280.00** | **$0.00** |

**Twyla Harper**
**PO Box 125**
**Winslow, IN 47598**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171.72** | **$0.00** |

**Victoria Hentrup**
**1307 Briarcliff Parkway**
**Jasper, IN 47546**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Elmer Buchta Trucking, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.99 | Priority creditor's name and mailing address<br>**Warrick County Treasurer**<br>**1 County Square**<br>**Suite 270**<br>**Boonville, IN 47601** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$253.56** | **$253.56** |

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number **9591**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

| 2.100 | Priority creditor's name and mailing address<br>**William Straiton**<br>**11520 East Lewsader Ave.**<br>**Rosedale, IN 47874** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,080.00** | **$0.00** |

Date or dates debt was incurred
_____

Basis for the claim:
**Notice Only - Will Be Paid, for the Pay Period**
**Prior to Filing, According to the Wage Motion**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |

| 3.1 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096**<br>**Date(s) debt was incurred  2023**<br>**Last 4 digits of account number  9591** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$2,262.45** |

| 3.2 | Nonpriority creditor's name and mailing address<br>**Bally's Evansville**<br>**334 North Senate Ave.**<br>**Indianapolis, IN 46204**<br>**Date(s) debt was incurred  2023**<br>**Last 4 digits of account number  9591** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$15,152.00** |

| 3.3 | Nonpriority creditor's name and mailing address<br>**Best One Tire and Service Vincennes**<br>**116 W Jackson**<br>**Monroe, IN 46772**<br>**Date(s) debt was incurred  2023**<br>**Last 4 digits of account number  9591** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$100,886.51** |

Debtor   **Elmer Buchta Trucking, LLC**                                      Case number *(if known)*
_____
Name

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$684,333.31** |
|---|---|---|---|

**Buchta Leasing LLC**
**1980 S 100 W**
**Princeton, IN 47670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.54** |
|---|---|---|---|

**Chandler Utilities**
**401 E Lincoln Ave.**
**Chandler, IN 47610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.64** |
|---|---|---|---|

**Davies County Rural Water**
**1082 N 350 E**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$79.00** |
|---|---|---|---|

**Davies-Martin County REMC**
**12628 E 75 N**
**Loogootee, IN 47553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,562.84** |
|---|---|---|---|

**First Insurance Funding Corp.**
**450 Skokie Blvd.**
**Suite 1000**
**Northbrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,505.13** |
|---|---|---|---|

**Great American Insurance**
**36 S Pennsylvania St.**
**Suite 700**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,043.53** |
|---|---|---|---|

**Heritage Petroleum LLC**
**221 NW Fifth St**
**Evansville, IN 47708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,585.68** |
|------|--|--|--|

**Hoosier Bandag**
**116 W Jackson St.**
**Monroe, IN 46772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**J. Kirk Wright**
**2174 IN-257**
**Otwell, IN 47564**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Contract was terminated 3/1/2023**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$281.68** |

**Jefferson Township Regional Sewer**
**PO Box 86**
**Otwell, IN 47564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.83** |

**Jefferson Township Ruritan**
**PO Box 58**
**Otwell, IN 47564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$489.40** |

**LinCo2 Beverage Solutions**
**2128 Troy Rd.**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,677.89** |

**Matrix Integration**
**9093 Technology Dr.**
**Suite 102**
**Fishers, IN 46038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,541.08** |

**Michelin**
**334 North Senate Ave.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Elmer Buchta Trucking, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750,956.00** |
|---|---|---|---|

**National Interstate Insurance**
**3250 Interstate Dr.**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.31** |
|---|---|---|---|

**Pitney Bowes Global Financial Services**
**135 North Pennsylvania St.**
**Suite 1610**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,925.40** |
|---|---|---|---|

**Rogers Group Inc.**
**334 North Senate Ave.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,039.64** |
|---|---|---|---|

**Smith & Butterfiedl Co Inc**
**659 Audubon Dr.**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$512.63** |
|---|---|---|---|

**Spectrum Logistics**
**2174 IN-257**
**Otwell, IN 47564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,757.94** |
|---|---|---|---|

**Synenergy Partners**
**817 West 4th St**
**Mount Vernon, IN 47620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,400.00** |
|---|---|---|---|

**Terminal Properties LLC**
**420 S.E. Riverside**
**Evansville, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Elmer Buchta Trucking, LLC**                                   Case number *(if known)* _____
                 Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,510.90 |

**UniFirst Corporation**
**135 North Pennsylvania St.**
**Suite 1610**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,935.90 |

**WBF LLC**
**420 SE Riverside**
**Evansville, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,791.67 |

**Yokohama Tire Corporation**
**334 North Senate Ave.**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 159,999.58 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,114,556.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,274,556.48 |

**Fill in this information to identify the case:**

Debtor name    **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Vehical Lease Agreement** | |
| State the term remaining | **Buchta Leasing, Inc.** |
| List the contract number of any government contract | **PO Box 223**<br>**Otwell, IN 47564** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Lease for Office Space** | |
| State the term remaining | **Hem Properties LLC** |
| List the contract number of any government contract | **PO Box 1046**<br>**Newburgh, IN 47629** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Equipment and Employee Lease Agreement** | |
| State the term remaining    **8 months** | **Spectrum Logistics, Inc.** |
| List the contract number of any government contract | **1980 S 100 W**<br>**Princeton, IN 47670** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Controller of Elmer Buchta Trucking, LLC** | |
| State the term remaining    **28 months** | **Tom Bennett** |
| List the contract number of any government contract | **1000 Oak Trace**<br>**Evansville, IN 47725** |

**Fill in this information to identify the case:**

Debtor name    **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF INDIANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Buchta Leasing, Inc.** | **PO Box 223 Otwell, IN 47564** | **Peapack Captial** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Buchta Leasing, Inc.** | **PO Box 223 Otwell, IN 47564** | **KTB Equity inc.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.3 | **ElenaRose Capital LLC** | **8 The Green, STE A Dover, DE 19901** | **KTB Equity inc.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Louis Capolino** | **345 Bluewater Falls Court Apollo Beach, FL 33572** | **KTB Equity inc.** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.5 | **WBF, LLC** | **420 SE Riverside Dr. Evansville, IN 47713** | **Peapack Captial** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |

Debtor   **Elmer Buchta Trucking, LLC**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **WBF, LLC** | **420 SE Riverside Dr.**<br>**Evansville, IN 47713** | **KTB Equity inc.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name   **Elmer Buchta Trucking, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF INDIANA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,593,994.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **Current owner purchased entity December 1, 2022** | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Elmer Buchta Trucking, LLC** _____    Case number *(if known)* _____

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **SEE ATTACHED** | **SEE ATTACHED LIST**<br>Last 4 digits of account number: \_\_\_\_\_ | | **Unknown** |

| Part 3: | **Legal Actions or Assignments** |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Brittany Erickson v. Elmer Buchta Trucking, LLC et al. 29D03-2206-CT-004479** | **Civil Tort** | **1 N 8th St. Noblesville, IN 46060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Elmer Buchta Trucking, LLC**                                    Case number *(if known)*

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Elmer Buchta Trucking, LLC**                                            Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☑ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☑ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

| Debtor | Elmer Buchta Trucking, LLC | Case number *(if known)* | |
|---|---|---|---|

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | Shannon Brewer<br>Harding Shymanski<br>21 SE Third Street Suite 500<br>Evansville, IN 47708 | December 1, 2022 -<br>present |
| 26a.2. | Douglas Prohaski<br>330 Cross Point Blvd<br>Evansville, IN 47715 | 2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Elmer Buchta Trucking, LLC**                    Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **Peapack Captial**
**278 Green Village Rd.**
**Morristown, NJ 07960**

26d.2.    **KTB Equity inc.**
**420 SE Riverside Dr.**
**Evansville, IN 47713**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | **Monthly Inventory** |

| Name and address of the person who has possession of inventory records |
|---|
| **Debtor** |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis Capolino** | **345 Bluewater Falls Court Apollo Beach, FL 33572** | **President/Manager** | |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

Debtor    **Elmer Buchta Trucking, LLC** _____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| J. Kirk Wright | c/o Jackson Kelly PLLC<br>221 NW 5th St.<br>PO Box 1507<br>Evansville, IN 47706 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Wright Family Investment Group Inc. | c/o Jackson Kelly PLLC<br>221 NW 5th St.<br>PO Box 1507<br>Evansville, IN 47706 | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Louis Capolino**<br>**345 Bluewater Falls Court**<br>**Apollo Beach, FL 33572** | **$325,000.00** | **January 2023-August 2023** | |
| | **Relationship to debtor**<br>**President/Manager** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| **Fidelity Profit Sharing/401K Plan** | **EIN:** |

Debtor    **Elmer Buchta Trucking, LLC**                                              Case number *(if known)*

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2023**

**/s/ Louis Capolino**                                              **Louis Capolino**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Indiana

In re   **Elmer Buchta Trucking, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____   $ _____ **0.00**

    Prior to the filing of this statement I have received _____   $ _____ **0.00**

    Balance Due _____   $ _____ **0.00**

2.  $ __**0.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and advise as to reaffirmation agreements.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Discharge litigations; 707 and 523 actions; exception issues including, but not limited to, contested motions for the turnover by the trustee; contested lien avoidence motions; contested adversary proceedings for the purpose of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**September  8, 2023**_____    **/s/ Weston E. Overturf**_____
_Date_    **Weston E. Overturf**
    _Signature of Attorney_
    **Kroger, Gardis & Regas, LLP**
    **111 Monument Circle**
    **Suite 900**
    **Indianapolis, IN 46204**
    **317-777-7443**_____
    _Name of law firm_

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Elmer Buchta Trucking, LLC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Transport Acquisitions LLC**<br>**345 Bluewater Falls Ct.**<br>**Apollo Beach, FL 33572** | | | **Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September  8, 2023**

Signature   **/s/ Louis Capolino**

**Louis Capolino**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                              )      Case No. _____
**Elmer Buchta Trucking, LLC**                      )
                                                    )      ☐ Check if this form is submitted with an amended creditor
                                                    )      list.
_____            )
                              Debtor(s).  )

### VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **September  8, 2023**                              **/s/ Louis Capolino**
_____                            _____
                                                           **Louis Capolino**
                                                           Signature of Debtor


                                                           _____
                                                           Signature of Joint Debtor


**(Note: Certificate of Service not required.)**

AMERICAN EXPRESS
PO BOX 96001
LOS ANGELES, CA 90096


BALLY'S EVANSVILLE
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204


BEST ONE TIRE AND SERVICE VINCENNES
116 W JACKSON
MONROE, IN 46772


BUCHTA LEASING LLC
1980 S 100 W
PRINCETON, IN 47670


BUCHTA LEASING, INC.
PO BOX 223
OTWELL, IN 47564


BUCHTA LEASING, INC.
PO BOX 223
OTWELL, IN 47564


BUCHTA LEASING, INC.
PO BOX 223
OTWELL, IN 47564

CHANDLER UTILITIES
401 E LINCOLN AVE.
CHANDLER, IN 47610


DAVIES COUNTY RURAL WATER
1082 N 350 E
WASHINGTON, IN 47501


DAVIES-MARTIN COUNTY REMC
12628 E 75 N
LOOGOOTEE, IN 47553


ELENAROSE CAPITAL LLC
8 THE GREEN, STE A
DOVER, DE 19901


FIRST INSURANCE FUNDING CORP.
450 SKOKIE BLVD.
SUITE 1000
NORTHBROOK, IL 60062


GREAT AMERICAN INSURANCE
36 S PENNSYLVANIA ST.
SUITE 700
INDIANAPOLIS, IN 46204


GREENE COUNTY TREASURER
1 MAIN ST.
BLOOMFIELD, IN 47424

```
HEM PROPERTIES LLC
PO BOX 1046
NEWBURGH, IN 47629




HERITAGE PETROLEUM LLC
221 NW FIFTH ST
EVANSVILLE, IN 47708




HOOSIER BANDAG
116 W JACKSON ST.
MONROE, IN 46772




INDIANA DEPARTMENT OF REVENUE
402 WEST WASHINGTON STREET, 5TH FLOOR
INDIANAPOLIS, IN 46204




INDIANA DEPARTMENT OF WORKFORCE DEV.
10 N. SENATE AVE. SE 202
INDIANAPOLIS, IN 46204-2270




INTERNAL REVENUE SERVICE
575 N. PENNSYLVANIA STREET
STOP SB380
INDIANAPOLIS, IN 46204




J. KIRK WRIGHT
2174 IN-257
OTWELL, IN 47564
```

JEFFERSON TOWNSHIP REGIONAL SEWER
PO BOX 86
OTWELL, IN 47564


JEFFERSON TOWNSHIP RURITAN
PO BOX 58
OTWELL, IN 47564


KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT, KY 40601


KTB EQUITY INC.
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713


LINCO2 BEVERAGE SOLUTIONS
2128 TROY RD.
WASHINGTON, IN 47501


LOUIS CAPOLINO
345 BLUEWATER FALLS COURT
APOLLO BEACH, FL 33572


MATRIX INTEGRATION
9093 TECHNOLOGY DR.
SUITE 102
FISHERS, IN 46038

MICHELIN
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204


MINNESOTA DEPARTMENT OF REVENUE
600 N. ROBERT ST.
SAINT PAUL, MN 55146


MINNESOTA DEPARTMENT OF WORKFORCE DEVELO
332 MINNESOTA ST.
SUITE E200
SAINT PAUL, MN 55101


NATIONAL INTERSTATE INSURANCE
3250 INTERSTATE DR.
RICHFIELD, OH 44286


PEAPACK CAPTIAL
278 GREEN VILLAGE RD.
MORRISTOWN, NJ 07960


PIKE COUNTY TREASURER
801 E MAIN ST
PETERSBURG, IN 47567


PITNEY BOWES GLOBAL FINANCIAL SERVICES
135 NORTH PENNSYLVANIA ST.
SUITE 1610
INDIANAPOLIS, IN 46204

ROGERS GROUP INC.
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204


SMITH & BUTTERFIEDL CO INC
659 AUDUBON DR.
EVANSVILLE, IN 47715


SPECTRUM LOGISTICS
2174 IN-257
OTWELL, IN 47564


SPECTRUM LOGISTICS, INC.
1980 S 100 W
PRINCETON, IN 47670


SYNENERGY PARTNERS
817 WEST 4TH ST
MOUNT VERNON, IN 47620


TERMINAL PROPERTIES LLC
420 S.E. RIVERSIDE
EVANSVILLE, IN 47713


TOM BENNETT
1000 OAK TRACE
EVANSVILLE, IN 47725

UNIFIRST CORPORATION
135 NORTH PENNSYLVANIA ST.
SUITE 1610
INDIANAPOLIS, IN 46204


WARRICK COUNTY TREASURER
1 COUNTY SQUARE
SUITE 270
BOONVILLE, IN 47601


WBF LLC
420 SE RIVERSIDE
EVANSVILLE, IN 47713


WBF, LLC
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713


WBF, LLC
420 SE RIVERSIDE DR.
EVANSVILLE, IN 47713


YOKOHAMA TIRE CORPORATION
334 NORTH SENATE AVE.
INDIANAPOLIS, IN 46204

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Elmer Buchta Trucking, LLC**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Elmer Buchta Trucking, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Transport Acquisitions LLC**
**345 Bluewater Falls Ct.**
**Apollo Beach, FL 33572**

☐ None [*Check if applicable*]

**September  8, 2023**

Date

**/s/ Weston E. Overturf**

**Weston E. Overturf**

Signature of Attorney or Litigant

Counsel for    **Elmer Buchta Trucking, LLC**

**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-777-7443**